UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————————————————————x

JAVIN CANDELARIO JIMENEZ SANCHEZ,

        Petitioner,

   v.

SECRETARY OF THE U.S. DEPARTMENT OF
HOMELAND SECURITY, PAMELA BONDI; TODD
LYONS, WARDEN OF THE FOLKSTON D RAY
ICE PROCESSING CENTER,

        Respondents.

————————————————————————————————x

**STIPULATION AND
[proposed] ORDER TO
TRANSFER HABEAS ACTION**

Civil Action No.
26-cv-1326 (Donnelly, J.)

WHEREAS, Petitioner Javin Candelario Jimenez Sanchez commenced the above-captioned action against Respondents U.S. Immigration & Customs Enforcement ("ICE") Acting Director Todd Lyons; U.S. Department of Homeland Security Secretary; and U.S. Attorney General Pamela Bondi (collectively, "Respondents"), seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241;

WHEREAS, for habeas petitions challenging physical confinement, jurisdiction lies in the district of confinement at the time the habeas petition was filed, *see Ozturk v. Hyde,* 136 F.4th 382, 390-92 (2d Cir. 2025); *Khalil v. Joyce,* 771 F. Supp. 3d 268, 279, 280 (S.D.N.Y. 2025) (citing *Rumsfeld v. Padilla,* 542 U.S. 426, 443, 448 (2004));

WHEREAS, the Petition in the above-captioned habeas action was filed on March 6, 2026;

WHEREAS, at that time, Petitioner was detained at the Folkston D Ray ICE Processing Center, located in Folkston, Georgia, where he has been held in custody since November 1, 2025;

WHEREAS, Folkston, Georgia is located in Charlton County of that state, and thus lies in the Southern District of Georgia, *see* 28 U.S.C. § 90(c)(4), not in the Eastern District of New York;

WHEREAS, habeas jurisdiction does not lie in this District; and

WHEREAS, Respondents do not waive any argument or defense in this action including,

**Stipulation and Order to Transfer**
*Jimenez Sanchez v. Sec'y of DHS*, No. 26-cv-1326 (E.D.N.Y.) (Donnelly, J.)
Page 2

without limitation, regarding service or jurisdiction;

IT IS NOW HEREBY STIPULATED AND AGREED by and between Petitioner and

Respondents to the above-captioned action, through their undersigned counsel, that this action

shall be transferred pursuant to 28 U.S.C. § 1631 to the United States District Court for the

Southern District of Georgia.

Dated: Sunnyside, New York
March 9, 2026

LAW OFFICES OF JOHN GARZON
45-09 Greenpoint Avenue
Sunnyside, New York 11104

By: _____
JOHN GARZON
(718) 433-1331
attyjohngarzon@msn.com
*Counsel for Petitioner*

Dated: Brooklyn, New York
March 10, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____
DAVID COOPER
Assistant U.S. Attorney
(718) 254-6228
david.cooper4@usdoj.gov
*Counsel for Respondents*

SO ORDERED this 11th day of March 2026

s/Ann M. Donnelly
_____
HONORABLE ANN M. DONNELLY
U.S. District Judge, Eastern District of New York